# United States Bankruptcy Court
### District of New Jersey

In re  Paxe Latitude LP                                    Case No. 23-11337-CMG
                        Debtor(s)                          Chapter  11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Paxe Latitude LP in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

PAXE LATITUDE INVESTORS LLC (65%) and PAXE LATITUDE GP LLC (35%)

☐ None [*Check if applicable*]

February 21, 2023                        /s/ Eric H. Horn
Date
                                         Signature of Attorney or Litigant
                                         Counsel for  Paxe Latitude LP