# United States Bankruptcy Court
### District of New Jersey

In re **Paxe Latitude LP**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Paxe Latitude GP LLC**<br>139 Ocean Avenue<br>Lakewood, NJ 08701 | | 35% | |
| **Paxe Latitude Investors LLC**<br>139 Ocean Avenue<br>Lakewood, NJ 08701 | | 65% | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member of Manager of General Partner** of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **February 22, 2023**      Signature **/s/ David Goldwasser**  
**David Goldwasser**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders