B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
**District of New Jersey**

In re **Paxe Latitude LP**
Debtor(s)

Case No.
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **30,000.00** |
   | Prior to the filing of this statement I have received | $ **30,000.00** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ☐ Debtor    ■ Other (specify): **The retainer amount was paid (upon being directed to pay such by GC Realty Advisors LLC and David Goldwasser) by the Debtor's general partner.**

3. The source of compensation to be paid to me is:

   ☐ Debtor    ■ Other (specify): **Same as above**

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **(a) providing the Debtor with advice and preparing all necessary documents regarding debt restructuring, bankruptcy and asset dispositions;
      (b) taking all necessary actions to protect and preserve the Debtor's estate during the pendency of this Chapter 11 Case;
      (c) preparing on behalf of the Debtor, as debtor-in-possession, all necessary motions, applications, answers, orders, reports and papers in connection with the administration of this Chapter 11 Case;
      (d) counseling the Debtor with regard to its rights and obligations as debtor-in-possession;
      (e) appearing in Court to protect the interests of the Debtor; and
      (f) performing all other legal services for the Debtor which may be necessary and proper in these proceedings and in furtherance of the Debtor's operations.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 22, 2023**
*Date*

**/s/ Eric H. Horn**
**Eric H. Horn**
*Signature of Attorney*
**A.Y. Strauss LLC
101 Eisenhower Parkway, Suite 412
Roseland, NJ 07068
973-287-5006   Fax: 973-226-4104
ehorn@aystrauss.com**
*Name of law firm*