UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on February 28, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Paxe Latitude LP

Case No.: 23-11337-CMG

Chapter: 11

Judge: Gravelle

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: February 28, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

After review of the application of ___Ohio State Ex Rel Columbus City___ for the reduction of time for a hearing on  Motion to dismiss case for other reasons re:Pursuant 11 U.S.C. 1112(b) _____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on ___March 7, 2023___ at __2:00 pm__ in the United States Bankruptcy Court, ___402 East State Street Trenton NJ 08608___, Courtroom No. __3__ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Debtor, US Trustee and all creditors

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,   ☒ overnight mail,   ☐ regular mail,   ☒ email,   ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,   ☐ overnight mail,   ☐ regular mail,   ☐ email,   ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to  Debtor and Secured Creditors

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

   ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

   ☒ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute the motion/application and any objections.

   ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.1/12/22*