**KLESTADT WINTERS JURELLER
  SOUTHARD & STEVENS, LLP**
Fred Stevens (*pro hac vice* application pending)
Christopher J. Reilly
200 West 41st Street, 17th Floor
New York, New York 10036
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Email: fstevens@klestadt.com
          creilly@klestadt.com

*Attorneys for the Lawful Representative of the City of
  Columbus, Ohio*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| PAXE LATITUDE LP, | Case No. 23-11337 (CMG) |
| Debtor. | |

**ADJOURNMENT REQUEST**

1.  I, Christopher Reilly,

    ☒ am the attorney for: Ohio State Ex Rel Columbus City Attorney Zach Klein

    ☐   am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: [Docket No. 15]

    Current hearing date and time: 3/07/2022 at 2:00 p.m. (EST).

    New date requested: 3/08/2023 at 2:00 p.m. (EST)

    Reason for adjournment request: Movant was informed by the Debtor that the current hearing date falls on the Jewish Holiday of Purim, which is celebrated by certain representatives of the Debtor. While it is of the utmost importance to the Movant to have the motion heard as quickly as the Court can accommodate for the reasons stated in the motion, the Movant is willing to consent to moving the hearing, provided that the Court is able to accommodate and provide a hearing date on March 8, 9, or 10. If the Court's calendar cannot accommodate the brief adjournment requested by the Debtor, then unfortunately the Movant is unable to consent given the exigencies of the situation.

2. Consent to adjournment:

☒ I have the consent of all parties.
☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 2/28/2023                                   */s/ Christopher Reilly*
                                                         Signature

---

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted         New hearing date: March 8, 2023 at 10:00 a.m.    ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____    ☐ Peremptory

☐ Denied


**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*